UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
HARTFORD DIVISION

**In Re:**
**NORWICHTOWN PROPERTIES, LLC**                **CHAPTER 11**
                                               **Case No. 10-20769 (ASD)**

### DEBTOR'S STATEMENT OF CORPORATE OWNERSHIP

Now comes the Debtor in the above entitled matter and hereby states that the following individuals are the owners of all of the membership interest of the Debtor:

John G. Syragakis
193 Thames Street
Groton, CT 06340            100% OWNER

                                          NORWICHTOWN PROPERTIES, LLC

                                          /s/ John G. Syragakis
                                          John G. Syragakis, Member

Dated: March 26, 2010.

### CERTIFICATION

I hereby certify that a copy of the within document was served electronically upon the following upon the filing of the same:

United States Trustee For Region 2
Steven E. Mackey, Esq.
Giacomo Federal Building
150 Court Street, Room 302
Hartford, CT 06510                        /s/Americo M. Scungio, Esq.